# NO. 12-10-00250-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| JOHNNY M. STAFFORD,<br>APPELLANT | § | APPEAL FROM THE |
| V. | § | COUNTY COURT AT LAW NO. 2 OF |
| ANADARKO E & P COMPANY<br>AND LAMAR ELDER, JR.,<br>APPELLEE/CROSS-APPELLANT | § | GREGG COUNTY, TEXAS |

## MEMORANDUM OPINION
### PER CURIAM

The appeal filed by Appellant, Johnny M. Stafford, is being dismissed because Stafford has failed to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3. Pursuant to appellate rule 32.1, Stafford's docketing statement was due to have been filed at the time the appeal was perfected, i.e., August 4, 2010. *See* TEX. R. APP. P. 32.1. On August 4, 2010, this court notified Stafford that he should file a docketing statement immediately if he had not already done so.

Because Stafford did not file the docketing statement as requested in our August 4, 2010 letter, this court issued a second notice on August 17, 2010, advising Stafford that the docketing statement was past due. The notice further provided that unless the docketing statement was filed on or before August 27, 2010, the appeal would be presented for dismissal in accordance with Texas Rule of Appellate Procedure 42.3. The date for filing the docketing statement has passed, and Stafford has not complied with the court's request. Because Stafford has failed, after notice, to comply with rule 32.1, his appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).

Lamar Elder, Jr. has filed a cross appeal in this cause number, which remains on the docket. Due to the dismissal of Stafford's appeal, Elder will now be identified as the appellant in this appeal.

Opinion delivered September 15, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)